IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JEREMY SHOTWELL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-00142 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| PPM CAPITAL, INC. and | § | |
| EUGENE PALADINO, individually, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Stipulation of Dismissal. [Dkt. 3]. Plaintiff is seeking a dismissal with prejudice as to all claims that were or could have been asserted in this action pursuant to Federal Rule of Civil Procedure 41(a).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 2nd day of February, 2024.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge